**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
**EASTERN DIVISION**

| | |
|---|---|
| RYAN HAUBER, | |
| Plaintiff, | Court File No.: 2:23-cv-01033 |
| v. | **MOTION TO DISMISS PURSUANT TO** |
| HONKAMP KRUEGER & CO., P.C., a/k/a HONKAMP, | **FED. R. CIV. P. 37(b)(2)** |
| Defendant. | |

Pursuant to Federal Rule Civil Procedure 37(b)(2) and Local Rule 7, Defendant Honkamp Krueger & Co., P.C. ("Defendant" or "Honkamp") respectfully requests that the Court dismiss Plaintiff Ryan Hauber's ("Hauber") claims with prejudice as a discovery sanction pursuant to Federal Rule of Civil Procedure 37(b)(2), assess all costs against Hauber, and for such further relief the Court deems just and proper.

A Memorandum of Law in Support of this Motion, a Declaration of Jenny L. Juehring, and Exhibits are being filed contemporaneously herewith.[1]

---

[1] These documents are filed under seal pursuant to the Court's Order. Doc. 111.

Dated:  March 18, 2025            */s/ Jenny L. Juehring*
                                 Abbey C. Furlong, AT0010610
                                 afurlong@l-wlaw.com
                                 Jenny L. Juehring, AT0014164
                                 jjuehring@l-wlaw.com
                                 LANE & WATERMAN LLP
                                 220 N. Main St., Ste. 600
                                 Davenport, IA  52801-1987
                                 Telephone:   (563) 324-3246
                                 Facsimile:    (563) 324-1616

                                 Jeremy D. Sosna, MN Bar No. 290233
                                 Admitted *Pro Hac Vice*
                                 jsosna@littler.com
                                 Michelle A. Christy, MN Bar No. 0402038
                                 Admitted *Pro Hac Vice*
                                 mchristy@littler.com
                                 LITTLER MENDELSON, P.C.
                                 1300 IDS Center
                                 80 South 8th Street
                                 Minneapolis, MN  55402.2136
                                 Telephone:      612.630.1000
                                 Facsimile:      612.630.9626


                                 Attorneys for Defendant